RECEIVED
IN LAKE CHARLES, LA
OCT - 6 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 2:11CR00119-001** |
| **VS.** | : | **JUDGE MINALDI** |
| **STEPHEN CRAIG KERSHAW** | : | **MAGISTRATE JUDGE KAY** |

## MEMORANDUM RULING

Before the court is an objection by the defendant, Stephen Craig Kershaw ("Kershaw") to the Presentence Report ("PSR") prepared by the Probation Department.

Kershaw objects to the amount of loss used by Probation to determine his offense level. The defendant argues that the amount misappropriated by Kershaw was $44,336.41. The offense level determined by Probation is based on an aggregate amount of loss that exceeds $120,000.00. Kershaw has made full restitution to the victim, so he argues that the amount of loss should be restricted to the amount that he actually repaid.

Under the Sentencing Guidelines, the offense level for offenses involving fraud is increased based on the amount of loss inflicted by the defendant. *See* USSG § 2B1.1(b)(1). The higher the offense level is, the longer the defendant's recommended sentence will be. The commentary to the Guidelines provides that "loss is the greater of actual loss or intended loss." USSG § 2B1.1, comment n.3(A). "Actual loss" is the reasonably foreseeable pecuniary harm that resulted from the offense. *Id.* at n. 3(A)(i). "Intended loss" is "the pecuniary harm that was intended to result from the offense." *Id.* at n. 3(A)(ii). *United States v. Harris,* 597 F.3d 242, 247 ( 5th Cir. 2010).

The court agrees with Probation that loss and restitution are separate issues. Based upon the facts of this case, it is clear that Kershaw was responsible for authorizing and signing each of the checks involved in this offense. He knew how much money was being taking and his participation was critical to the success of this conspiracy. Accordingly, the defendant's objection is OVERRULED and the computation in the PSR is adopted by the court.

Lake Charles, Louisiana, this 5 day of October, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE